## ATTACHMENT A

12 Adams Street, Northwest Washington D.C. is a three story brown brick row house. The front

of the house has are red front door with two windows to the left of the front door on the first

level, on the second level there are three windows, and the attic, third level of the house there are

two windows.  The red front door is protected by a glass window storm door, and both doors are

surrounded by white trim. The address is affixed to brown placard with numbers 12 written in

black to the left of the front door above a porch light. This is the known address of Jeffrey

Raphiel Clark Jr.

**ATTACHMENT B**

This application seeks permission to search for evidence, fruits, contraband, instrumentalities, and information that might be found on the PREMISES, in whatever form they are found. One form in which such items might be found is data stored on one or more digital devices. The items to be seized are as follows:

- Any firearms found within the premises.
- Any narcotics or devices to use narcotics found within the premises.
- Any white nationlist materials, to include pamphlets, papers, flags, or books.
- Digital devices defined above and include any electronic system or device capable of storing or processing data in digital form, including central processing units; desktop computers, laptop computers, notebooks, and tablet computers; personal digital assistants; wireless communication devices, such as telephone paging devices, beepers, mobile telephones, and smart phones; digital cameras; peripheral input/output devices, such as keyboards, printers, scanners, plotters, monitors, and drives intended for removable media; related communications devices, such as modems, routers, cables, and connections; storage media, such as hard disk drives, floppy disks, USB flash drives, memory cards, optical disks, and magnetic tapes used to store digital
- Any documents, maps, papers, writing of pre-planning pertaining to carrying out violent attacks.

2

Attachment C





Attachment D



**DC BOWL GANG** · @PureWhiteEvil

| **7,979** | **3,935** | **965** | **302** |
|---|---|---|---|
| Score | Posts | Followers | Following |

Unfollow

Aka DC Stormer (RIP) • Meth-smoking, pipebomb-making, mailman-murdering, #Fed • #DemoKKKrat • "Che Guevara of the altright" - Glenn Beck • Not a NEET - just bathing in White privilege • Bowlcut Nationalism is the only way forward • Btc: 3DycNeCR8ETyqnfVdKUfHQSf5Ybm1YWSF

Since February 2017

Posts    Comments    Media



**DC BOWL GANG** @PureWhiteEvil
7 months ago

···

3 followers you know



**DC BOWL GANG** @PureWhiteEvil
20 days ago



Quoted post is not available.

∧ 8       ● Comment 1       ↻ Repost       ▮▮ Quote

Attachment E



**DC BOWL GANG** @PureWhiteEvil
12 days ago

"Give me my social security or give me death"





This comment was sent under **Arthur Frayn**'s post. View post



**DC BOWL GANG** @PureWhiteEvil

Nah he was BASED! Get used to it libtards. This was just a dry run
for things to come.

∧ 2   Reply · Repost · Quote · 12 days ago

∧ 1      ● Comment      ↻ Repost 1      ▮▮ Quote

↻ **DC BOWL GANG** reposted



**Hunter Wallace** @occdissent
12 days ago

LOL

All aboard the Boom Van


