AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>IN THE MATTER OF THE SEARCH OF<br>TWELVE ADAMS STREET, NW, WASHINGTON, D.C.<br>20001 | Case: 1:18-sw-00306<br>Assigned To : Magistrate Judge Harvey, G. Michael<br>Assign. Date : 11/9/2018<br>Description: Search and Seizure Warrant |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Columbia _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before  11/23/18  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ G. Michael Harvey _____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  11/09/2018 / 3:00 pm        _____
                                                              *Judge's signature*

City and state:    Washington, D.C.                    U.S. Magistrate Judge G. Michael Harvey
                                                              *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:18-SW-00306 | Date and time warrant executed:<br>11/9/2018  3:55pm | Copy of warrant and inventory left with:<br>Jeffrey Clark, Sr. |
| Inventory made in the presence of : |||
| Inventory of the property taken and name of any person(s) seized:<br>SEE Attached |||

**FILED**

NOV 13 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/13/18

_____
Executing officer's signature

SA Shawn M. Matthews
Printed name and title

FD-597 (Rev 8-11-94)

Page 1 of 4

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property    Received/Returned/Released/Seized

**File #: 266N-WF-3011302**

On (date)  11/9/2018

item(s) listed below were:
- ☐ Received From
- ☐ Received To
- ☐ Released To
- ☒ Seized

(Name)
(Street Address)
(City)

## Description of Item(s):

1 - blue, white, red flag with pole and seven stars

2 - blue flag with pole and white star

3 - cardboard cutouts with black spray paint

4 - wooden shield with emblem black, white, red

5 - white iBuyPower desktop
S/N: 9D64-7625-D9A8-CE50-30

6 - F. LLI PIETTA muzzle loading revolver
S/N: 862349

7 - F. LLI PIETTA muzzle loading revolver
S/N: 652559

8 - 9 cannabis plants

9 - large glass marijuana smoking device in black case

10 - Sony DVD-R titled Clark home videos inside Memorex CD-R case

11 - Sony DVD-R titled Clark home videos 2 of 2 2 min inside Memorex CD-R case

12 - Sony DVD-R

13 - Sony DVD-R titled Clark home videos inside Memorex CD-R case

14 - 2 flags 1 flag with skull 1 flag with iron cross

15 - stack of papers (white power, guns, notes)

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property    Received/Returned/Released/Seized

**File #: 266N-WF-3011302**

| | |
|---|---|
| 16 - Protech body armor vests - qty 2<br>Gentex ballistic helmet - qty 1<br>kevlar shoulder pads - qty 2<br>kevlar cumberbun - qty 4 | |
| 17 - 4x ballistic plate<br>S/N: 147,139, 1874364-85, 1874364-70 | |
| 18 - Cannon<br>NO 4521004735 | |
| 19 - Apple iPhone<br>S/N unobtainable on scene | |
| 20 - red notebook with hand written loose pages | |
| 21 - Dell laptop with charger<br>Service tag #D3WN111 | |
| 22 - Apple iPad<br>serial number unobtainable on scene | |
| 23 - Dell laptop<br>CN-0HN341-48643-83R-09026 | |
| 24 - 2 World War II era German hats | |
| 25 - red, white, black plywood shield with brown arm pad | |
| 26 - Compaq Presario laptop<br>S/N 2CE9126L9G | |
| 27 - Xbox 1<br>SN 161871435148 | |
| 28 - Xbox 360<br>SN 506935704605 | |
| 29 - Dell Precision laptop w/charger<br>Service Tag 8BJSL01 | |
| 30 - Server 3J8VR91 | |
| 31 - Xbox 360S Console<br>Serial # 001628423343 | |
| 32 - Xbox One (black)<br>SN# 160786735148 | |
| 33 - Two (2) Flags | |
| 34 - glass bottle containing liquid, label reads fluffy CBD | |

FD-597 (Rev 8-11-94)                                                                 Page 3 of 4

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property  Received/Returned/Released/Seized

**File #: 266N-WF-3011302**

| | |
|---|---|
| 35 - glass pipe | |
| 36 - OCZ Technology brand 4G Thumb Drive | |
| 37 - thumb drive S/N 29F64G08CBAAA | |
| 38 - iphone (black) Model: A1307 IC#: 57C-E2430A | |
| 39 - Samsung Duos cracked screen Black SN # R58JB5V9JVE | |
| 40 - black shirt with skull and crossbones | |
| 41 - Meinkampf and Goring books | |
| 42 - Nazi pins and bracelets | |
| 43 - Three (3) business cards; two (2) stickers "Diversity" | |
| 44 - 1 marijuana plant | |
| 45 - black and white Vanguard America flag | |
| 46 - Black WD MyBook R585247XYMY (32 Gig) | |
| 47 - Maxtor Personal Storage (80 Gig) Serial Y23BNESC | |
| 48 - Silver HTC Phone | |
| 49 - SanDisk Cruzer Thumbdrive 128 Gb. SDCZ36-128G | |
| 50 - Glass pipe | |
| 51 - White I Buy Power Computer tower - serial B093-0A40-07DC-1616-16 | |
| 52 - white colored bottle containing liquid | |
| 53 - seven (7) glass vials containing liquid | |
| 54 - glass pipe clear blue strips | |
| 55 - one (1) Panasonic 800X recorder, serial F41A16321 | |
| 56 - silver in color container, "K" on lid | |
| 57 - six (6) packets labeled Colorado cannabis THC | |

FD-597 (Rev 8-11-94)                                                                                                   Page 4 of 4

# UNITED STATE DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property   Received/Returned/Released/Seized

**File #: 266N-WF-3011302**

| | |
|---|---|
| 58 - four (4) mini-DV60 SPLC 60/90 recording cassettes | |
| 59 - Xbox 360 Hard Drive serial X804675-003 | |
| 60 - Dell computer S/N 8FCB761 | |
| 61 - one (1) Panasonic palmcorder Serial JSWA22266 | |
| 62 - Kingston Brand Thumb Drive 8GB | |
| 63 - white plywood sign stating "da goym kno" and on the back side "better dead than red" | |
| 64 - One (1) knife, silver and black in color | |
| 65 - black colored case, silver 1PA 16gb. serial DLXH83R3DJHF | |
| 66 - T-Mobile SIM Card 8901260211791663528 | |
| 67 - T-Mobile SIM Card 8901260223793734322 | |
| 68 - Western Digital external hard drive SN: WXEX06D03560 | |
| 69 - Lexar 4MB Compact Flash Storage Chip | |
| 70 - eMachines computer tower SN: GMS3C10002040 | |
| 71 - Dell laptop S/N: BGY7WF2 | |
| 72 - 3 black Vanguard America and Nazi flags | |

Received By  SA Shawn M. Matthews                Received From  SEARCH WARRANT

(signature)  [signed]                            (signature)  N/A